AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

26 USC § 7206(1) - 3 counts
Filing False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
26 USC § 7206(1) - 3 yrs impris., $250,000 fine, 1 year superv. rel., $100 assessment

--- DEFENDANT - U.S. ---
▶ AURORA C. CABALAR

DISTRICT COURT NUMBER

**CR 08 0112 MHP**

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ _____

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   THOMAS MOORE, AUSA, CHIEF, TAX DIV.

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO
2  United States Attorney

8           UNITED STATES DISTRICT COURT FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08 0112 |
| Plaintiff, ) | VIOLATIONS: 26 USC § 7206(1)- |
| v. ) | Filing False Tax Returns |
| ) | (Three Counts) |
| AURORA C. CABALAR ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: (26 U.S.C. § 7206(1))

On or about April 2, 2002, in the Northern District of California, the defendant,

AURORA CAHAYAG CABALAR,

then resident of Oakland, California, did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the calendar year 2001, which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under the penalties of perjury, which income tax return she did not believe to be true and correct as to every material matter in that said defendant reported gross receipts from Cabalar Tax Service of $4,280, whereas, defendant then and there well knew and believed, the gross receipts of tax

///

1 | preparation service were substantially in excess of that heretofore stated.
2 |     In violation of Title 26, United States Code, Section 7206(1).
3 | **COUNT TWO**:  (26 U.S.C. § 7206(1))
4 |     On or about March 27, 2003, in the Northern District of California, the defendant,
5 |                           AURORA CAHAYAG CABALAR,
6 | then resident of San Leandro, California, did willfully and knowingly make and subscribe a U.S.
7 | Individual Income Tax Return for the calendar year 2002, which was filed with the Internal
8 | Revenue Service and verified by the defendant in a written declaration that it was made under the
9 | penalties of perjury, which income tax return she did not believe to be true and correct as to every
10 | material matter in that said defendant reported gross receipts from Cabalar Tax Service of
11 | $8,150, whereas, defendant then and there well knew and believed, the gross receipts of her tax
12 | preparation service were substantially in excess of that heretofore stated.
13 |     In violation of Title 26, United States Code, Section 7206(1).
14 | **COUNT THREE**:  (26 U.S.C. § 7206(1))
15 |     On or about February 19, 2004, in the Northern District of California, the defendant,
16 |                           AURORA CAHAYAG CABALAR,
17 | then resident of San Leandro, California, did willfully and knowingly make and subscribe a U.S.
18 | Individual Income Tax Return for the calendar year 2003, which was filed with the Internal
19 | Revenue Service and verified by the defendant in a written declaration that it was made under the
20 | penalties of perjury, which income tax return she did not believe to be true and correct as to every
21 | material matter in that said defendant reported gross receipts from Cabalar Tax Service of
22 | $16,150, whereas, defendant then and there well knew and believed, the gross receipts of her tax
23 | preparation service were substantially in excess of that heretofore stated.
24 |     In violation of Title 26, United States Code, Section 7206(1).
25 |                                             JOSEPH P. RUSSONIELLO
26 |                                             UNITED STATES ATTORNEY
    Dated:  2-26-08
27 |                                             BRIAN STRETCH
                                            Chief, Criminal Division
28 | Approved as to Form
    THOMAS MOORE
    Assistant United States Attorney

Information                                                       2