AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

Northern DISTRICT OF California

UNITED STATES OF AMERICA

v.

Aurora Cahayag Cubalar

**FILED**
MAR X 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-0112 MHP

I, Aurora Cahayag Cubalar, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 6, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
Judicial Officer