UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0112 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | |
| AURORA CABALAR, | |
| Defendant(s). | |

Due to the unavailability of court, the Change of Plea hearing for the above-listed action, currently on calendar for March 10, 2008, has been rescheduled to **March 17, 2008 at 10:00 a.m.**, before the honorable Marilyn Hall Patel.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140