J. Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Telephone: (510) 836-0100
Facsimile: (510) 832-3690

Attorney for Defendant Aurora C. Calabar

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-0112   MHP |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| AURORA C. CABALAR, | |
| Defendant. | |

**STIPULATION AND PROPOSED ORDER
TO CONTINUE CHANGE OF PLEA HEARING**

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Thomas Moore, and defendant Aurora C. CABALAR, by and through his counsel, J. Francisco Karwash, Esq., stipulate and agree to continue the change of plea hearing presently scheduled for March 17, 2008, at 10:00 a.m. to March 24, 2008, at 10:00 a.m..

DATED: March 12, 2008    By:    /s/J. Francisco Karwash for Thomas Moore
Telephonically authorized to sign for Mr. Moore on 03-12-08
Thomas Moore, Esq.
Assistant U.S. Attorney

DATED: March 12, 2008    By:    /s/J. Francisco Karwash
J. FRANCISCO KARWASH, Esq.
Attorney for Defendant CABALAR

**PROPOSED ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The change of plea hearing scheduled for March 17, 2008 at 10:00 a.m. is hereby CONTINUED to March 24, 2008, at 10:00 a.m..

DATED: _____

THE HONORABLE MARILYN H. PATEL
United States District Judge