1  J. Francisco Karwash (Bar No. 240796)
   1 Kaiser Plaza, Suite 2300
2  Oakland, California 94612
   Telephone: (510) 836-0100
3  Facsimile: (510) 832-3690

4  Attorney for Defendant Aurora C. Calabar

8           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) Case No. CR-08-0112   MHP
                                  )
11          Plaintiff,             ) STIPULATION AND ~~PROPOSED~~ ORDER
                                  ) TO CONTINUE CHANGE OF PLEA HEARING
12     v.                          )
                                  )
13 AURORA C. CABALAR,              )
                                  )
14          Defendant.             )
   _____ )
15
           **STIPULATION AND PROPOSED ORDER**
16         **TO CONTINUE CHANGE OF PLEA HEARING**

17     Plaintiff, United States of America, by its counsel, Assistant United States Attorney Thomas

18 Moore, and defendant Aurora C. CABALAR, by and through his counsel, J. Francisco Karwash,

19 Esq., stipulate and agree to continue the change of plea hearing presently scheduled for March

20 17, 2008, at 10:00 a.m. to March 24, 2008, at 10:00 a.m..

21
   DATED: March 12, 2008        By:    /s/J. Francisco Karwash for Thomas Moore
22                                     Telephonically authorized to sign for Mr. Moore on
                                       03-12-08
23                                     Thomas Moore, Esq.
                                       Assistant U.S. Attorney
24
   DATED: March 12, 2008        By:    /s/J. Francisco Karwash
25                                     J. FRANCISCO KARWASH, Esq.
                                       Attorney for Defendant CABALAR

~~PROPOSED~~ ORDER

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The change of plea hearing scheduled for March 17, 2008 at 10:00 a.m. is hereby CONTINUED to March 24, 2008, at 10:00 a.m..

DATED: 3/17/2008



THE HONORABLE MARILYN H. PATEL
United States District Judge

2
Stipulation and Proposed Order to Continue Change of Plea Hearing