UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: March 24, 2008

Case No.   CR 08-0112 MHP               Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- AURORA CABALER (b):

Attorneys:   Plf: Thomas Newman
             Dft: Jamil Karwash

Deputy Clerk: Anthony Bowser   Court Reporter: Lydia Zinn

PROCEEDINGS

1) Change of Plea Hearing _____

2) _____

3) _____


ORDERED AFTER HEARING:

Defendant present in court; Defendant advised of rights and charges, and waives further hearing/trial; Defendant enters a guilty plea as to counts 1-3 of the information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 6/23/2008 at 9:00 am;