UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0112 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | |
| AURORA CABALAR, | |
| Defendant(s). | |

The parties are notified that the Judgment and Sentencing hearing in this matter currently on calendar for June 23, 2008, is hereby RESCHEDULED to **Thursday, July 10, 2008, at 9:00 a.m.** due to the unavailability of the Court.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 18, 2008

Frank Justiliano, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140