JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
9th floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AURORA CAHAYAG CABALAR, )<br>)<br>Defendants )<br>) | No. CR-08-0112-MHP<br><br>**UNITED STATES'<br><u>SENTENCING MEMORANDA</u>**<br><br>DATE:   June 23, 2008<br>TIME:    9:00 a.m. |

    Plaintiff, United States of America, by its undersigned attorneys, supports the recommendations of the Presentence Investigation Report.

                                                           JOSEPH P. RUSSONIELLO
                                                           United States Attorney

                                                           <u>/s/ Thomas Moore</u>
                                                           THOMAS MOORE
                                                           Assistant United States Attorney
                                                           Tax Division