1  J. Francisco Karwash (Bar No. 240796)
   1 Kaiser Plaza, Suite 2300
2  Oakland, California 94612
   Telephone: (510) 836-0100
3  Facsimile: (510) 832-3690

4

5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )   Case No. CR-08-0112   MHP
                                )
10             Plaintiff,       )   STIPULATION AND PROPOSED ORDER
                                )   TO CONTINUE SENTENCING HEARING
11      v.                      )
                                )
12 AURORA C. CABALAR,           )
                                )
13             Defendant.       )
   _____)
14
        Plaintiff, United States of America, by its counsel, Assistant
15
   United States Attorney Thomas Moore, and defendant Aurora C.
16
   CABALAR, by and through her counsel, J. Francisco Karwash, Esq.,
17
   stipulate and agree to continue the sentencing hearing presently
18
   scheduled for July 10, 2008, at 10:00 a.m. to August 4, 2008, at
19
   10:00 a.m..
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26

27

28

                                    1

1
2
3                                    Respectfully Submitted,
4                                    J. Francisco Karwash
                                     Attorney for CABALAR
5
6
7  DATED: July 7, 2008      By:   /s/J. Francisco Karwash
                                  Telephonically authorized to sign
                                  for Mr. Moore on 07-07-08
8                                 Thomas Moore, Esq.
                                  Assistant U.S. Attorney
9
10 DATED: July 7, 2008      By:   /s/J. Francisco Karwash
                                  J. FRANCISCO KARWASH, Esq.
                                  Attorney for CABALAR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The sentencing hearing scheduled for July 10, 2008 at 10:00 a.m. is hereby CONTINUED to August 4, 2008, at 10:00 a.m..

DATED: _____    _____
                                                            THE HONORABLE MARILYN H. PATEL
                                                            United States District Judge