1 | J. Francisco Karwash (Bar No. 240796)
1 Kaiser Plaza, Suite 2300
2 | Oakland, California 94612
Telephone: (510) 836-0100
3 | Facsimile: (510) 832-3690

4

5

6            IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,    )    Case No. CR-08-0112   MHP
                                )
10 |           Plaintiff,        )    STIPULATION AND ~~PROPOSED~~ ORDER
                                )    TO CONTINUE SENTENCING HEARING
11 |      v.                     )
                                )
12 | AURORA C. CABALAR,          )
                                )
13 |           Defendant.        )
   |_____)
14

15       Plaintiff, United States of America, by its counsel, Assistant

16 United States Attorney Thomas Moore, and defendant Aurora C.

17 CABALAR, by and through her counsel, J. Francisco Karwash, Esq.,

18 stipulate and agree to continue the sentencing hearing presently

scheduled for July 10, 2008, at 10:00 a.m. to August ~~4~~ 11, 2008, at

19 9:00 ~~10:00~~ a.m..

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26

27

28

1

```
                                        Respectfully Submitted,

                                        J. Francisco Karwash
                                        Attorney for CABALAR


DATED: July 7, 2008        By:  /s/J. Francisco Karwash
                                Telephonically authorized to sign
                                for Mr. Moore on 07-07-08
                                Thomas Moore, Esq.
                                Assistant U.S. Attorney

DATED: July 7, 2008        By:  /s/J. Francisco Karwash
                                J. FRANCISCO KARWASH, Esq.
                                Attorney for CABALAR
```

1 **ORDER**

2  Based upon the representations and stipulation of counsel, **IT
3 IS HEREBY ORDERED** that:
4      1.   The sentencing hearing scheduled for July 10, 2008 at
5 10:00 a.m. is hereby CONTINUED to August ~~4~~ 11, 2008, at ~~10:00~~ 9:00 a.m..

8 DATED: July 9, 2008
9                                    THE HONORABLE MARILYN H. PATEL
                                     United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel