UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: August 11, 2008

Case No.  CR 08-0112 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- AURORA CABALER (b):

Attorneys:  Plf: Dan Davis for Thomas Moore
            Dft: Jamil Karwash

Deputy Clerk: Anthony Bowser  Court Reporter: Margo Garule   USPO: Aylin Raya

PROCEEDINGS

1) Judgment & Sentencing

2) _____

3) _____

ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of presentence report and 5K1.1 motion reduction re cooperation (OL 10 to 6); Court adopts findings of fact and guideline calculations and grants 5K1.1 motion; Defendant sentenced as follows:

> Probation for a period of 3 years; 200 hours community service; Restitution of $27,384 to US Treasury, to be paid at least $2000/month; S/A of $300, to be paid within one week; Fine waived;

Any remaining counts dismissed; Bond if any ordered reconveyed.