**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED CRIMINAL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   CR 08-0112  MHP			Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- AURORA CABALER (b):

Attorneys:   Plf:  Dan Davis for Thomas Moore
             Dft: Jamil Karwash

Deputy Clerk: Anthony Bowser    Court Reporter: Margo Garule    USPO: Aylin Raya

**PROCEEDINGS**

1) Judgment & Sentencing

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Counsel submit after further discussion of presentence report and motion reduction re early disposition program; Court adopts findings of fact and guideline calculations and grants 5K3.1 motion; Defendant sentenced as follows:

   Probation for a period of 3 years; 200 hours community service; Restitution of $27,384 to US Treasury, to be paid at least $2000/month; S/A of $300, to be paid within one week; Fine waived;

Any remaining counts dismissed; Bond if any ordered reconveyed.